# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br> Plaintiff, <br> v. <br> LUZ MARIA RODRIGUEZ, et al., <br> Defendants. | Case No. 18-cv-05609-JST <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Re: ECF No. 34 |

Pursuant to Plaintiff's request, *see* ECF No. 34, the Court hereby DISMISSES this case with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2019



JON S. TIGAR
United States District Judge